such examination, in our opinion, is material and necessary to plaintiff's case. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JACOB UNGAR, an Infant, by ROBERT UNGAR, His Guardian ad Liem, Respondent, v. JOHN PAYNE, Appellant.— Order granting plaintiff's motion to strike out the answer of defendant, appellant, reversed on the law, with ten dollars costs and disbursements, and motion denied. (See *Levine* v. *Moskowitz*, 206 App. Div. 194; *Roseberg Holding Co.* v. *Berman*, 214 id. 146.) Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

JOSEPH ADAMO, Appellant, v. MAYFLOWER CONSTRUCTION CO., INC., Respondent.— Motion to dismiss appeal granted for failure of appellant to show any merit in the appeal as required by rule 12.* Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

BLANCHARD P. ATKINSON, Respondent, v. ISABELLE E. ATKINSON, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOSEPH F. BROWN, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

BENJAMIN COHEN, Respondent, v. LOUISE B. DEMOTT, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

MALLY DRATSCHKE, etc., Respondent, v. HARRY BINDER, etc., Appellant.— Motion for stay of execution of judgment denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

NICASIO ESPINA, Respondent, v. RAMON GONZALEZ, Appellant.— Motion for reargument of motion to dismiss appeal granted, and on such reargument motion denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., Respondent, v. THE WESTCHESTER STREET RAILROAD COMPANY, Respondent. THE WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Motion denied. (See *Farmers' Loan & Trust Co.* v. *Westchester Street Railroad Co.*, post. p. 773, decided herewith.) Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MARY HAMWAY, as Administratrix, etc., of GEORGE HAMWAY, Deceased, Respondent, v. GEORGE A. MASHNOUK and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

MARY HAMWAY, as Administratrix, etc., of GEORGE HAMWAY, Deceased, Respondent, v. GEORGE A. MASHNOUK and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

JACOB B. HIRSHFELD, Respondent, v. M. B. F. FILM PRODUCING CO., INC., and HYMAN BINDER, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

HYDE & BEHMAN AMUSEMENT CO., INC., Respondent, v. FRANK STAEUDEL,

---

* App. Div. Rules, 2d Dept. rule 12.— [REP.